**Dismissed and Memorandum Opinion filed April 10, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00138-CV

## IN THE INTEREST OF G.C.B. AND S.Y.B., CHILDREN

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2012-06505J**

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from a judgment signed January 30, 2014, terminating the parental rights of E.E. and J.B. The notice of appeal was filed February 11, 2014. On March 18, 2014, the trial court granted appellants' motion for new trial.

Accordingly, we dismiss the appeal.[1]

PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.

---

[1] An order granting new trial deprives an appellate court of jurisdiction over the appeal. *Boris v. Boris*, 642 S.W.2d 855, 856 (Tex.App.—Fort Worth 1982, no writ).